ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| U.S. Aeroteam, Inc. | ) | ASBCA Nos. 61970, 62132, 62346 |
| | ) | |
| Under Contract No. FA8526-12-C-0039 | ) | |

APPEARANCES FOR THE APPELLANT:      Milton C. Johns, Esq.
                                    Jill F. Helwig, Esq.
                                      Executive Law Partners, PLLC
                                      Fairfax, VA

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter, III, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Isabelle P. Cutting, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

Pursuant to the joint request of the parties dated April 14, 2026, these appeals are dismissed with prejudice.

Dated:  April 16, 2026

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61970, 62132, 62346, Appeals of U.S. Aeroteam, Inc., rendered in conformance with the Board's Charter.

Dated: April 16, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals